1  **HANNI M. FAKHOURY**
   California Bar No. 252629
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Facsimile: (619) 687-2666
   Hanni_Fakhoury@fd.org
5

6  Attorneys for Defendant

7

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE WILLIAM MCCURINE, JR.)**

11  UNITED STATES OF AMERICA,           )   Case No.  08MJ0501
                                        )
12         Plaintiff,                   )
                                        )
13  v.                                  )   **NOTICE OF ATTORNEY APPEARANCE**
                                        )
14  ROSENDO NAVARRETTE-RUBIO,           )
                                        )
15         Defendant.                   )
                                        )
16  _____     )

17         Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Hanni

18  M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

19  the above-captioned case.

20                                          Respectfully submitted,

21

22  Dated: February 26, 2008               /s/ Hanni M. Fakhoury
                                           HANNI M. FAKHOURY
23                                         Federal Defenders of San Diego, Inc.
                                           e-mail: Hanni_Fakhoury@fd.org
24                                         Attorneys for Defendant

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED:  February 26, 2008            /s/ Hanni M. Fakhoury
                                     HANNI M. FAKHOURY
                                     e-mail: Hanni_Fakhoury@fd.org